**Order entered December 23, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00671-CR

### YADER MANZANAREZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-82085-2019**

## ORDER

Before the Court is the December 21, 2022 request of court reporter Joie Rivera for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by **January 23, 2023**.

/s/ DENNISE GARCIA
   JUSTICE